# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 11, 2018

Stephen J. Markman,
Chief Justice

157940(169)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHN CORYELL KELSEY, II,
      Defendant-Appellant.

_____/

SC: 157940
COA: 329229
Ingham CC: 14-001380-FH

      On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for his reply is GRANTED. The 13-page reply submitted on October 9, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 11, 2018



Clerk